UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, the CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

                            Petitioners,                       21 **CIVIL** 2090 (ER)

    -against-                                    **JUDGMENT**

GENRUS CORP.,
                          Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 2, 2021, the petition is granted, and the arbitration award is confirmed. Judgment is entered in favor of Petitioners in the amount of $21,250.50, plus 5.25% annual interest on the award from December 5, 2020, through the judgment date, in the amount of $1,014.78. Genrus is also ordered to pay $1,610 in attorneys' fees and $75 in costs arising from the petition. This judgment shall accrue post-judgment interest pursuant to § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           November 2, 2021

                                                          **RUBY J. KRAJICK**

                                                                Clerk of Court

                                       **BY:**
                                                                  **Deputy Clerk**